| Return | | |
|---|---|---|
| Case No.:<br>3: 18 mj 753 | Date and time warrant executed:<br>11/21/18    10:15 AM | Copy of warrant and inventory left with:<br>left in bag |
| Inventory made in the presence of :<br>N/A | | |

Inventory of the property taken and name of any person(s) seized:

See Attached Inventory

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    12/06/18

_Executing officer's signature_

Kyle G. Metz, Task Force Officer
_Printed name and title_

WESTERN DIV. DAYTON
SOUTHERN DIST. OHIO
U.S. DISTRICT COURT

2018 DEC -6 PM 1:22

CLERK OF COURT
RICHARD W. NAGEL
FILED

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>BLACK DUFFEL BAG CURRENTLY LOCATED AT THE<br>FEDERAL BUREAU OF INVESTIGATION IN<br>CENTERVILLE, OHIO | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. **3:18 mj 753,**<br><br>SHARON L. OVINGTON |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Southern    District of      Ohio
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before    November 30, 2018    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. Sharon L. Ovington    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    *11-16-18  3:18 pm.*       _____
                                                      *Judge's signature*

City and state:     Dayton, Ohio                       Hon. Sharon L. Ovington, U.S. Magistrate Judge
                                                                     *Printed name and title*

## ATTACHMENT A

### PROPERTY TO BE SEARCHED

The SUBJECT ITEM is a black duffel bag with gray accents, outer pockets, and top carry straps/handles. The Bag is depicted in the photograph below. The SUBEJCT ITEM is located at the Federal Bureau of Investigation in Dayton, Ohio.



ITEMS TO BE SEIZED

1.      All records, information, or items relating to violations of 18 U.S.C. § 2339B (attempting to provide material support and resources to a foreign terrorist organization), including but not limited to:

> a. Records, information, and items relating to ISIS, ISIS Wilayat Khorasan, and other foreign terrorist organizations, or jihad;
>
> b. Records, information, and items relating to support of ISIS, ISIS Wilayat Khorasan, and other foreign terrorist organizations, or jihad;
>
> c. Records, information, and items relating to travel, including travel plans, itineraries, reservations, bookings, tickets, and the means and sources of payment for travel;
>
> d. Records, information, and items relating to intentions, attempts, and plans to commit a terrorist attack, or to fight or train with ISIS, ISIS Wilayat Khorasan, and other foreign terrorist organizations, including, without limitation, funding, materials needed, maps, disguises, aliases, weapons, or the other materials that may assist with such an attack, or attempted attack, or training;
>
> e. Records, information, and items relating to communications with other individuals relating to ISIS, ISIS Wilayat Khorasan, other foreign terrorist organizations, and jihad, concerning terrorist activity, potential terrorist attacks, or training in the United States and other countries;

f.  Records, information, and items relating to **Almadaoji's** use of YouTube, Facebook, messaging applications, and other forms of social media and internet communication;

g.  Records, information, and items relating to videos or other content created, publicly posted, or viewed by **Almadaoji** on the internet relating to ISIS, ISIS Wilayat Khorasan, and other foreign terrorist organizations, or jihad;

h.  Records, information, and items relating to ISIS, ISIS Wilayat Khorasan, and other foreign terrorist organizations, including notes, digital files of jihadist literature and books, maps, and other material supporting violent jihad;

2.  Computers or storage media used as a means to commit the violations described above.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

**Case ID:** 2600416
**Case Agent:** TFO Kyle G. Metz
**Location:** Dayton PA
7747 Clyo Rd., Centerville, OH 45459
**Date:** 11/21/18

**Seizing Agent:** TFO Kyle G. Metz
**Team Leader:**
**Log Preparers:**

END TIME 10:45 AM

| ITEM # | A ALPHA | B BRAVO | V VICTOR | D DELTA | Description of Item | Where Found (Detailed Location) | Initials Recovered by | Miscellaneous Info Comments / Notations |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | Toiletries (brush, toothbrush, deodorant) | Duffel bag | KGM | left in bag |
| 2 | | | | | Gray sweatpants (Russell - size medium) | Duffel bag | KGM | left in bag |
| 3 | | | | | Black hat (George - one size fits all) | Duffel bag | KGM | left in bag |
| 4 | | | | | Black sweatpants (Russell - size medium) | Duffel bag | KGM | left in bag |
| 5 | | | | | Black hat | Duffel bag | KGM | left in bag |
| 6 | | | | | Black socks - multiple | Duffel bag | KGM | left in bag |
| 7 | | | | | Underwear - multiple | Duffel bag | KGM | left in bag |
| 8 | | | | | Black shirt | Duffel bag | KGM | left in bag |
| 9 | | | | | Blue/Red shirt (Prince & Fox - size small) | Duffel bag | KGM | left in bag |
| 10 | | | | | Blue towel | Duffel bag | KGM | left in bag |
| 11 | X | | | | Black beanie | Duffel bag | KGM | separated |
| 12 | X | | | | Black skull cap | Duffel bag | KGM | separated |
| 13 | | | | | Black and white scarf | Duffel bag | KGM | left in bag |
| 14 | X | | | | Red and white scarf | Duffel bag | KGM | separated |

Seizing Agent Signature: _Kyle G. Metz_ (signature)
Print name below signature: Kyle G. Metz

Seized from Signature: _____
Print name below signature:

| Case ID: | 26-0046 |
|---|---|
| Case Agent: | TFO Kyle G. Metz |
| Location: | Dayton, RA |
| | 7747 Clyo Rd Centerville, OH 45459 |
| Date: | 11.21.18 |

| Seizing Agent: | TFO Kyle G. Metz |
|---|---|
| Team Leader: | |
| Log Preparers: | |

END TIME 10:45 AM

| I T E M # | A L P H A | B V O / X D | Description of Item | Where Found (Detailed Location) | Initials Recovered by | Miscellaneous Info Comments / Notations |
|---|---|---|---|---|---|---|
| 15 | | | (1) Miswak | Duffel bag | KGM | left in bag |
| 16 | X | | Cash $2000.∞ (100 - $20's) | Duffel bag | KGM | separated |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Seizing Agent Signature:
Print name below signature:

_(signature)_
Kyle G. Metz

Seized from Signature:
Print name below signature: